## EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY DANIEL, Individually and On Behalf of All Other Persons Similarly Situated,<br>Plaintiff,<br><br>- against -<br><br>OUTREACH DEVELOPMENT CORPORATION, KATHLEEN RIDDLE, and JOHN DOES #1-10,<br>Defendants. | Index No. 08/ 2099 (FB)(RLM)<br>ECF CASE<br><br>**STIPULATION AND ORDER**<br>**OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to Plaintiffs Harry Daniel, Raymond Barnes, Charles Comerford, Nina Douglas, Tonja Gibbs, Janet Green, Mildred Gutierrez, Catherine Haffner, Michael Hill and Jessica Nicotra, and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than Plaintiffs Harry Daniel, Raymond Barnes, Charles Comerford, Nina Douglas, Tonja Gibbs, Janet Green, Mildred Gutierrez, Catherine Haffner, Michael Hill and Jessica Nicotra. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than Harry Daniel, Raymond Barnes, Charles Comerford, Nina Douglas,

Tonja Gibbs, Janet Green, Mildred Gutierrez, Catherine Haffner, Michael Hill and Jessica Nicotra.

_____  Dated: October 28, 2008
William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiffs

_____  Dated: October 31, 2008
Alan M. Koral (AK-1503)
Michael J. Goettig (MG-3771)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700
Fax:    (212) 407-7799
Attorneys for Defendants

**SO ORDERED.**

Dated: _____, 2008        _____
                                                      United States District Judge